```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, :  1:25-cv-2646-GHW
ANNUITY FUND, AND APPRENTICESHIP, :
JOURNEYMAN RETRAINING, :  ORDER
EDUCATIONAL AND INDUSTRY FUND, *et* :
*al.*, :
:
      Petitioners, :
:
  -against- :
:
AAA WINDOWS & DOORS CORPORATION, :
*also known as* AAA Windows & Doors NJ, *also known* :
*as* AAA Windows and Doors, :
:
      Respondent. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

  On March 31, 2025, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than April 22, 2025. Respondent's opposition is due by June 6, 2025. Petitioners' reply, if any, is due by June 24, 2025.

  Petitioners are directed to serve the petition and supporting materials upon respondent by April 8, 2025 and to file an affidavit of such service with the Court by April 11, 2025.

  SO ORDERED.

Dated: April 1, 2025
New York, New York
                      _____
                      GREGORY H. WOODS
                      United States District Judge