**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,

                         Petitioners,                      25 **CIVIL** 2646 (GHW)

          -against-                             **JUDGMENT**

AAA WINDOWS & DOORS CORPORATION, also known as AAA Windows & Doors NJ, also known as AAA Windows and Doors,

                        Respondent.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated July 8, 2025, the petition to confirm the arbitration award is GRANTED. Judgment entered for Petitioner in the amount of $128,982.25, plus prejudgment interest calculated at 10.50% per annum from December 6, 2024 through the date of judgment for the total interest amount of $7,977.46, together with attorneys' fees and costs in the amount of $4,468.40. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full. Accordingly, the case is closed.

**Dated**: New York, New York

      July 9, 2025

                                                            **TAMMI M. HELLWIG**
                                                                **Clerk of Court**

                                            **BY:**

                                                                **Deputy Clerk**